744

of Appeals for the Second Circuit denied. *Messrs. John D. Meyer* and *Frank Keiper* for petitioner. *Messrs. Drury W. Cooper* and *Allan C. Bakewell* for respondent.

No. 874. Swope et al. *v.* Kansas City et al. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Wm. H. McCamish* for petitioners. *Messrs. Alton H. Skinner* and *Joseph A. Lynch* for Kansas City et al.; and *Messrs. T. M. Lillard* and *T. W. Bockes* for the Union Pacific Railroad Co.,—respondents.

No. 823. Zimmerman *v.* Walker. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied on the ground that the cause is moot, it appearing that Hans Zimmerman, on whose behalf the petition is filed, has been released from the respondent's custody. *Weber* v. *Squier,* 315 U. S. 810; *Tornello* v. *Hudspeth,* 318 U. S. 792. *Mr. F. E. Thompson* for petitioner. *Solicitor General Fahy* for respondent.

No. 859. Sperry Products, Inc. *v.* Association of American Railroads et al.; and

No. 860. Association of American Railroads et al, *v.* Sperry Products, Inc. May 3, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. Justice Reed took no part in the consideration or decision of these applications. *Messrs. Stephen H. Philbin* and *John B. Cunningham* for petitioner in No. 859 and respondent in No. 860. *Messrs.*